UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. CHERNOFF<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware Corporation; NBS DEFAULT SERVICES, LLC; and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE No: 3:16-CV-01563-EMC<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION AND REQUEST TO STAY ENTIRE CASE 45 DAYS** |

The Court, has considered the Joint Stipulation to Stay Entire Case 45 days, and good cause appearing therefore, orders as follows:

IT IS HEREBY ORDERED that this matter is stayed for a period of ___45___ days during the time the parties finalize settlement. This stay includes a stay of the entire case including motions, and briefings on outstanding motions.

**IT IS SO ORDERED.**

**Dated:** _____

_____
**Honorable Edward M. Chen**

The 9/28/16 hearing on Wells Fargo's motion to dismiss is vacated. Wells Fargo to re-notice when appropriate. The CMC is reset from 1:30 p.m. to 9:30 a.m. on 9/29/16.

Case No. 3:16-CV-01563-EMC

*IT IS SO ORDERED AS MODIFIED*

LAW OFFICES OF JOSEPH R. MANNING, JR., ESQ. APC
4667 MACARTHUR BLVD., STE. 150
NEWPORT BEACH, CALIFORNIA 92660