UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. CHERNOFF<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware Corporation; NBS DEFAULT SERVICES, LLC; and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE No: 3:16-CV-01563-KAW<br><br>[PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE |

The Court having reviewed Plaintiff's and Defendant's stipulation to Postpone the Case Management Conference, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT:

1. The Case Management Conference is postponed to'Octej "4: ."42390 The Joint CMC Statement is due on March 21, 2017.

Dated: February 22, 2017

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge

Case No. 3:16-CV-01563-KAW

1
[PROPOSED] ORDER TO POSTPONE CMC

LAW OFFICES OF JOSEPH R. MANNING, JR., ESQ. APC
4667 MACARTHUR BLVD., STE. 150
NEWPORT BEACH, CALIFORNIA 92660